UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS FRANCISCO JORDAN-SAGASTUME,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br>Washington, D.C. 20528,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0077 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant in the above-captioned case.

Dated: February 14, 2008
      Washington, D.C.

                                      Respectfully submitted,

                                      /s/
                                    BRIAN P. HUDAK
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, NW
                                    Washington, DC 20530
                                    (202) 514-7143
                                    brian.hudak@usdoj.gov