UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARLOS FRANCISCO JORDAN-SAGASTUME, ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) ) | Civil Action No. 08-0077 (RWR) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant United States Department of Homeland Security ("DHS"), respectfully moves, by and through undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for responding to the Complaint from February 15, 2008, to March 7, 2008 -- a twenty-one (21) day extension of time. Plaintiff, through his counsel, has graciously consented to the relief sought by this motion. The grounds for this Motion are set forth below.

This case arises out of Plaintiff's request, pursuant to the Freedom of Information Act ("FOIA"), for certain information allegedly maintained by Defendant concerning Plaintiff's arrest and detention. The U.S. Attorney's Office was served with the Complaint on January 16, 2008. Promptly after the U.S. Attorney's Office was served, defense counsel contacted DHS to obtain information and assistance. Although agency and defense counsel have been working diligently to analyze the relevant materials, matters and deadlines in other pending cases have prevented the completion of an appropriate response. Accordingly, deferring the filing of

Defendant's response to the Complaint by a reasonable amount of time will allow counsel sufficient time to develop a comprehensive approach to resolving this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline and, in total, the first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable amount of additional time to evaluate the claims and determine how to respond to the Complaint serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to the Complaint be extended to, and including, March 7, 2008. A proposed order is attached.

Dated: February 14, 2008
      Washington, DC

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR, D.C. BAR #498610
                                                United States Attorney

                                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                                Assistant United States Attorney

        /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS FRANCISCO JORDAN-SAGASTUME, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0077 (RWR) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's first consent motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, March 7, 2008, to respond to the Complaint in this action.

_____                           _____
Date                                                        RICHARD W. ROBERTS
                                                                United States District Judge

Copies to Counsel of Record by CM/ECF.