IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS FRANCISCO JORDAN-SAGASTUME, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. ) | Case No. 1:08-cv-00077<br>Judge Richard W. Roberts |

### NOTICE OF GOVERNMENT'S FAILURE TO COMPLY WITH REPRESENTATIONS MADE IN SUPPORT OF ITS MOTION FOR STAY

Plaintiff Carlos Francisco Jordan-Sagastume ("Mr. Jordan-Sagastume"), by and through undersigned *pro bono* counsel, hereby submits this Notice of Defendant United States Department of Homeland Security's ("DHS") failure to comply with representations made to this honorable Court in its Motion for an *Open America* Stay (the "Motion for Stay") and its Reply in Further Support of Motion for *Open America* Stay (the "DHS Reply"), wherein DHS requested an additional two months to cure its ongoing failure to adjudicate Mr. Jordan-Sagastume's Freedom of Information Act ("FOIA") administrative appeal. Motion for Stay at 2; DHS Reply at 8.

Mr. Jordan-Sagastume respectfully requests that the Court take judicial notice of the fact that DHS filed its Motion for Stay on March 7, 2008, requesting an additional two months to respond to the FOIA administrative appeal. The requested two-month extension period therefore expired on May 7, 2008. Thus, while DHS represented to this Court that it anticipated having a response to Plaintiff's FOIA appeal as of this date, *see* Bellisime Decl. at ¶¶ 7-8, attached as Ex. B to the Motion to Stay; *and* Bellisime Supp. Decl. at ¶ 14, attached to DHS Reply as Exhibit A, over four months have passed without any response from DHS. Further, Defendant has filed no

supplemental memorandum or request for extension of its originally requested two-month stay. As such, Defendant's Motion to Stay is *de facto* moot.[1]

Plaintiff respectfully requests that this honorable Court deny as moot DHS's Motion seeking a two-month stay, and compel DHS to adjudicate Mr. Jordan-Sagastume's appeal without further delay in the interest of justice.

                                      Respectfully submitted,

                                      **HOLLAND & KNIGHT, LLP**

By:     /s/
        Charles D. Tobin (# 455593)
        2099 Pennsylvania Avenue, NW
        Washington, D.C. 20007
        Tel:   (202) 955-3000
        Fax:  (202) 955-5564

---

[1] Plaintiff is in no way conceding that Defendant was or is entitled under FOIA to any additional time to respond to the FOIA appeal. Indeed, Plaintiff emphatically denies that Defendant is entitled to any additional amount of time to respond to the appeal. *See* Plaintiff Carlos Francisco Jordan-Sagastume's Opposition to Defendant's Motion for an *Open America* Stay at 8.

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 5th day of August, 2008, I caused a copy of the foregoing Notice of Government's Failure to Comply With Representations Made in Support of Its Motion For Stay to be sent by eservice to the following:

      Brian P. Hudak, Esq.
      Assistant United States Attorney
      555 4th Street, NW
      Washington, D.C. 20007

      _____/s/ Charles D. Tobin_____
      Charles D. Tobin