UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARLOS FRANCISCO JORDAN-SAGASTUME, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0077 (RWR) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

### NOTICE OF WITHDRAW OF MOTION

Defendant United States Department of Homeland Security ("DHS"), respectfully submits this notice to withdraw its Motion for an *Open America* Stay, filed on March 7, 2008 (Docket Entry No. 4). Defendant's motion has been mooted as the Agency has adjudicated Plaintiff's FOIA Appeal. The parties have filed this same date a joint motion to set a schedule to govern further matters in this action.

Dated: August 14, 2008
       Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

- 2 -

      /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 2 -