UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARLOS FRANCISCO JORDAN-SAGASTUME, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0077 (RWR) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT MOTION TO SET SCHEDULE

Defendant United States Department of Homeland Security ("DHS" or "Defendant") and Plaintiff Carlos Francisco Jordan-Sagastume in the above captioned action, jointly move, by and through their undersigned counsel, to set a schedule to govern further matters in this action. Specifically, the parties respectfully propose that this action be governed by the schedule noted below. The grounds for this motion are as follows.

This case arises out of Plaintiff's request, pursuant to the Freedom of Information Act ("FOIA"), for certain information allegedly maintained by Defendant concerning Plaintiff's allegedly illegal arrest and detention. The U.S. Attorney's Office was served with the Complaint on January 16, 2008. On March 7, 2008, Defendant moved for an *Open America* stay, pursuant to FOIA, to permit it additional time to adjudicate the administrative appeal that Plaintiff filed regarding his FOIA request (his "FOIA Appeal") before litigating matters in this Court. Plaintiff opposed Defendant's motion for a stay.

While a decision on the motion for a stay remained pending, by letter dated August 6, 2008 (the "August Letter"), Defendant allegedly adjudicated Plaintiff's FOIA Appeal and provided Plaintiff with a supplemental release of documents, indicating that the release was in

response to Plaintiff's FOIA Appeal.[1]  Consequently, by Notice of Withdraw filed this same date, Defendant has withdrawn its motion for an *Open America* stay.

Subsequent to the August Letter and release, Plaintiff has informed Defendant that, after reviewing the recently released records, he believes DHS's response remains insufficient and cannot properly assess its completeness without the aid of a *Vaughn* index.  He therefore intends to continue this action.  Accordingly, the parties have met and conferred in good faith, and propose the following schedule to govern matters in this action going forward.

- Defendant shall file a motion to dismiss and/or for summary judgment, and/or a *Vaughn* index by September 19, 2008;

- Plaintiffs' opposition to such motion and any cross-motion for summary judgment shall be due on October 17, 2008;

- Defendant's reply on its motion to dismiss and/or for summary judgment, and opposition to any cross-motion for summary judgment shall be due on November 3, 2008; and

- Plaintiff's reply on his cross-motion for summary judgment shall be due on November 17, 2008.

The parties propose this schedule in good faith.  Allowing the parties reasonable amounts of time for briefing in this action serves the interests of the parties and the Court.

---

[1]    The parties dispute whether or not the August Letter and release entitles Plaintiff to his attorney's fees under 5 U.S.C. § 552(a)(4)(E).  Plaintiff maintains that he is entitled to pursue all remedies available under FOIA and the OPEN Government amendments, including attorney's fees, in connection with the August Letter and release.  Defendant maintains that *Open America* stays are plainly contemplated by FOIA itself, and that the Agency's adjudication of Plaintiff's FOIA Appeal was without regard to him filing this action; therefore, Defendant believes that attorney's fees are unwarranted even under the OPEN Government amendments.  The parties agree that their rights, if any, to have the Court adjudicate this issue in a future proceeding are preserved.

- 3 -

WHEREFORE, based on the foregoing, the parties respectfully request that the Court set

a schedule for this matter as described above.  A proposed order is attached.

Dated:  August 14, 2008
      Washington, DC

Respectfully submitted,


| | |
|---|---|
| /s/ | |
| CHARLES D. TOBIN | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| CHRISTOPHER NUGENT | United States Attorney |
| Holland & Knight LLP | |
| 2099 Pennsylvania Avenue, NW | |
| Washington, DC 20006 | |
| (202) 955-3000 | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| | Assistant United States Attorney |
| *Attorneys for Plaintiff* | |
| | /s/ |
| | BRIAN P. HUDAK |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS FRANCISCO JORDAN-SAGASTUME,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 08-0077 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to set schedule, and for good cause shown, it is hereby:

ORDERED that parties' joint motion is GRANTED;

ORDERED that Defendant shall file a motion to dismiss and/or for summary judgment, and/or a *Vaughn* index by September 19, 2008;

ORDERED that Plaintiffs' opposition to such motion and any cross-motion for summary judgment shall be due on October 17, 2008;

ORDERED that Defendant's reply on its motion to dismiss and/or for summary judgment, and opposition to any cross-motion for summary judgment shall be due on November 3, 2008; and it is further

ORDERED that Plaintiff's reply on his cross-motion for summary judgment shall be due on November 17, 2008.

SIGNED:

_____                    _____
Date                                        RICHARD W. ROBERTS
                                            United States District Judge


Copies to Counsel of Record by CM/ECF.